IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN TURNER,

      Plaintiff,                     No. CIV S 07-2168 LEW DAD P

   vs.

M.C. KRAMMER, et al.,

      Defendants.              ORDER

_____/

      Plaintiff has requested an extension of time to file an in forma pauperis affidavit or pay the required filing fee of $350.00, pursuant to the court's order of October 24, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 16, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an in forma pauperis affidavit or pay the required filing fee of $350.00.

DATED: November 27, 2007.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
turn2168.36ifp