IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN TURNER,

    Plaintiff,                      No. CIV S-07-2168 LEW DAD P

    vs.

M.C. KRAMMER, et al.,

    Defendants.              <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  By order filed December 18, 2007, the court dismissed plaintiff's original complaint against defendants Krammer, Rianada, Sohota, Dunlock, Fuller, and Garza, and granted him thirty days leave to file an amended complaint.  Plaintiff has filed an amended complaint against defendant Dunlock.

         Plaintiff's amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the complaint is appropriate for defendant John Dunlock.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the amended complaint filed January 28, 2008.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for the defendant listed in number 1 above; and

   d. Two copies of the amended complaint filed January 28, 2008.

4. Plaintiff shall not attempt to effect service of the complaint on the defendant or request a waiver of service of summons from the defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: February 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
turn2168.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVAN TURNER, | | |
| | Plaintiff, | No. CIV S-07-2168 LEW DAD P |
| vs. | | |
| M.C. KRAMMER, et al., | | NOTICE OF SUBMISSION |
| | Defendant. | OF DOCUMENTS |
| _____/ | | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ <u>one</u> completed summons form;

    \_\_\_\_ <u>one</u> completed USM-285 form; and

    \_\_\_\_ <u>two</u> true and exact copies of the amended complaint filed January 28, 2008.

DATED: _____.

                                                                       Plaintiff