IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN TURNER,

        Plaintiff,                      No. CIV S-07-2168 LEW DAD P

    vs.

M.C. KRAMMER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On February 25, 2008, the court ordered the United States Marshal to serve the complaint on defendant. The Marshal was unable to effect service on defendant John Dunlock, M.D. According to the Litigation Coordinator at Folsom State Prison, "Personnel records for this institution do not reflect employment of a person by this name during the period in which the alleged incident may have occurred."

        If plaintiff wishes to proceed with his claims against defendant John Dunlock, M.D., plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

/////

1    Plaintiff is cautioned that when service of a complaint is not made upon a
2 defendant within 120 days after the complaint was filed, the court may be required to dismiss the
3 plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).
4    Accordingly, IT IS HEREBY ORDERED that:
5    1. The Clerk of the Court is directed to send plaintiff one summons, one USM-
6 285 form, an instruction sheet, and a copy of the amended complaint filed January 28, 2008; and
7    2. Within sixty days from the date of this order, plaintiff shall complete the
8 attached Notice of Submission of Documents and submit it to the court with the documents listed
9 below:
10        a. One completed USM-285 form for defendant John Dunlock, M.D.;
11        b. Two copies of the amended complaint filed January 28, 2008; and
12        c. One completed summons form.
13 DATED: April 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
turn2168.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN TURNER,

      Plaintiff,                    No. CIV S-07-2168 LEW DAD P

    vs.

M.C. KRAMMER, et al.,            NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ <u>one</u> completed summons form;

      ____ <u>one</u> completed USM-285 form; and

      ____ <u>two</u> true and exact copies of the amended complaint filed January 28, 2008.

DATED: _____.

                                                        _____

                                                         Plaintiff